DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BROOKE ZALIS,**
Appellant,

v.

**FLORIDA ATLANTIC UNIVERSITY,**
Appellee.

No. 4D19-2270

[March 12, 2020]

Appeal from the Florida Atlantic University Residency Appeals Committee, Office of the Registrar.

Brooke Zalis, Davie, pro se.

Lourdes Espino Wydler and Oscar E. Marrero of Marrero & Wydler, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

CONNER and FORST, JJ., and GILLESPIE, KENNETH, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***